No. 2216. EL PUEBLO, APELADO, v. TORO, APELANTE.—C. de D. de Ponce. R. feb. 18, 1924. Celebrada la vista con la sola asistencia del fiscal, examinados los autos y los alegatos de ambas partes y no encontrando que se haya cometido error fundamental alguno, se declara sin lugar el recurso y se confirma la sentencia.

No. 3260. BALLESTER, APELANTE, v. MARTÍNEZ ET AL., APELADOS.—C. de D. de Aguadilla. R. feb. 21, 1924. Desestimado el recurso a instancia del apelado por no haberse radicado la transcripción del récord dentro del término legal.